[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

**RECEIVED**

JAN 05 2022

THOMAS G BRUTON
CLERK, U.S DISTRICT COURT

James Leach

Plaintiff(s),
~~UAW Local 1268 Region 4~~

v.

~~FCA Fiat Chrysler Automobiles~~
UAW Local 1268 Region 4 /
FCA, Fiat Chrysler Automotives
(Belvidere)

Defendant(s).

Case Number: 22-50004

## COMPLAINT OF EMPLOYMENT DISCRIMINATION

1. This is an action for employment discrimination.

2. The plaintiff is __James Leach__ of the county of __Winnabago__ in the state of __Illinois__.

3. The defendant is __UAW Local 1268 Region 4 / FCA Fiat chrysler Automotives__, whose street address is __3000 chrysler Drive 61008__,
(city) __Belvidere__ (county) __Boone__ (state) __IL__ (ZIP) __61008__

(Defendant's telephone number) (___) - _____

4. The plaintiff sought employment or was employed by the defendant at (street address) __3000 Chrysler Drive__ (city) __Belvidere__ (county) __Boone__ (state) __IL__ (ZIP code) __61008__

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/27/2016

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

5. The plaintiff [*check one box*]

    (a) ☐ was denied employment by the defendant.

    (b) ☐ was hired and is still employed by the defendant.

    (c) ☑ was employed but is no longer employed by the defendant.

6. The defendant discriminated against the plaintiff on or about, or beginning on or about, (month) March, (day) 9, (year) 2021.

7.1 *(Choose paragraph 7.1 or 7.2, do not complete both.)*

    (a) The defendant is not a federal governmental agency, and the plaintiff [*check one box*] ☐ *has* ☑ *has not* filed a charge or charges against the defendant asserting the acts of discrimination indicated in this complaint with any of the following government agencies:

        (i) ☐ the United States Equal Employment Opportunity Commission, on or about

            (month)_____ (day)_____ (year)_____.

        (ii) ☐ the Illinois Department of Human Rights, on or about

            (month)_____ (day)_____ (year)_____.

    (b) If charges *were* filed with an agency indicated above, a copy of the charge is attached. ☐ Yes, ☐ No, **but plaintiff will file a copy of the charge within 14 days.**

    It is the policy of both the Equal Employment Opportunity Commission and the Illinois Department of Human Rights to cross-file with the other agency all charges received. The plaintiff has no reason to believe that this policy was not followed in this case.

7.2 The defendant is a federal governmental agency, and

    (a) the plaintiff previously filed a Complaint of Employment Discrimination with the

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/27/2016

2

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

defendant asserting the acts of discrimination indicated in this court complaint.

☐ Yes (month)_____ (day)_____ (year)_____

☐ No, did not file Complaint of Employment Discrimination

(b) The plaintiff received a Final Agency Decision on (month)_____

(day)_____ (year)_____.

(c) Attached is a copy of the

(i) Complaint of Employment Discrimination,

☐ Yes    ☐ No, but a copy will be filed within 14 days.

(ii) Final Agency Decision

☐ Yes    ☐ N0, but a copy will be filed within 14 days.

8. *(Complete paragraph 8 only if defendant is not a federal governmental agency.)*

(a) ☐ the United States Equal Employment Opportunity Commission has not issued a *Notice of Right to Sue*.

(b) ☐ the United States Equal Employment Opportunity Commission has issued a *Notice of Right to Sue*, which was received by the plaintiff on (month)_____ (day)_____ (year)_____ a copy of which *Notice* is attached to this complaint.

9. The defendant discriminated against the plaintiff because of the plaintiff's [*check only those that apply*]:

(a) ☐ Age (Age Discrimination Employment Act).

(b) ☐ Color (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

    (c) ☐ Disability (Americans with Disabilities Act or Rehabilitation Act)

    (d) ☐ National Origin (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

    (e) ☐ Race (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

    (f) ☐ Religion (Title VII of the Civil Rights Act of 1964)

    (g) ☐ Sex (Title VII of the Civil Rights Act of 1964)

10. If the defendant is a state, county, municipal (city, town or village) or other local governmental agency, plaintiff further alleges discrimination on the basis of race, color, or national origin (42 U.S.C. § 1983).

11. Jurisdiction over the statutory violation alleged is conferred as follows: for Title VII claims by 28 U.S.C.§1331, 28 U.S.C.§1343(a)(3), and 42 U.S.C.§2000e-5(f)(3); for 42 U.S.C.§1981 and §1983 by 42 U.S.C.§1988; for the ADA by 42 U.S.C.§12117; for the Rehabilitation Act, 29 U.S.C. § 791; and for the ADEA, 29 U.S.C. § 626(c).

12. The defendant [*check only those that apply*]
    (a) ☐ failed to hire the plaintiff.

    (b) ☐ terminated the plaintiff's employment.

    (c) ☐ failed to promote the plaintiff.

    (d) ☐ failed to reasonably accommodate the plaintiff's religion.

    (e) ☐ failed to reasonably accommodate the plaintiff's disabilities.

    (f) ☐ failed to stop harassment;

    (g) ☐ retaliated against the plaintiff because the plaintiff did something to assert rights protected by the laws identified in paragraphs 9 and 10 above;

    (h) ☐ other (specify): _____

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

_____
_____
_____
_____
_____

13. The facts supporting the plaintiff's claim of discrimination are as follows:

_____
_____
_____
_____
_____

14. *[AGE DISCRIMINATION ONLY]* Defendant knowingly, intentionally, and willfully discriminated against the plaintiff.

15. The plaintiff demands that the case be tried by a jury. ☑ Yes ☐ No

16. THEREFORE, the plaintiff asks that the court grant the following relief to the plaintiff *[check only those that apply]*

    (a)    ☐ Direct the defendant to hire the plaintiff.

    (b)    ☐ Direct the defendant to re-employ the plaintiff.

    (c)    ☐ Direct the defendant to promote the plaintiff.

    (d)    ☐ Direct the defendant to reasonably accommodate the plaintiff's religion.

    (e)    ☐ Direct the defendant to reasonably accommodate the plaintiff's disabilities.

    (f)    ☐ Direct the defendant to (specify): _____

_____

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

(g) ☐ If available, grant the plaintiff appropriate injunctive relief, lost wages, liquidated/double damages, front pay, compensatory damages, punitive damages, prejudgment interest, post-judgment interest, and costs, including reasonable attorney fees and expert witness fees.

(h) ☐ Grant such other relief as the Court may find appropriate.

_James Leach_
(Plaintiff's signature)

_James Leach_
(Plaintiff's name)

_5417 Bennett Street_
(Plaintiff's street address)

(City) _Loves Park_ (State) _IL_ (ZIP) _61111_

(Plaintiff's telephone number) (_815_)-_509-8401_

Date: _1-5-22_

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

#13

UAW Local 1268 Region 4
Violation To my 1268 Preamble contract
Violation To my Constitutional 1268 contract
Violation to file grievance on behalf of
A 1268 UAW member
Violation of my 5Th, and 14Th amendment
Rights and my constitutional civil Right
Due Process and Equal Protion of the Law.
under the 5th and 14th Amendment

Violations by Ricky Hicks,
Violations by James R. Stauch Unit 13
chairperson UAW Local 1268
(UAW Local 1268 Hall
OFFice Number (815) 544-2111)

Breach of UAW 1268 Contract
Preamble, Constitution

#13

(FCA) Fiat Chrysler Automotive has a Policy called
FCA US LLC Policy
Policy Number 3-6
Subject/title Discrimination and Harassment Prevention.

Freedom From From Harassment - FCA US LLC

Breach in the FCA US LLC Policy
Policy Number 3-6
Subject/title Discrimination and Harassment Prevention

Brandon Russell was over The Paint Department
Talked with him about Sexual Harassment Policy 3-6
Know one ever Did any thing

Violation by a FCA Contractor Supervisor while on FCA Property During work hours or Sub-Contractor Supervisor
Violation in the Policy states any Harassment by any FCA Contractors, Sub-Contractors Employee, management

Harassment Came at (FCA) Fiat Chrysler Automotives 3000 Chrysler Drive Belivdere IL 61008